# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2025-0004**
Charles Mitchell Wesson v. State of Alabama (Appeal from Lee Circuit Court: CC-22-291.70)

## NOTICE

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk